U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

APR 0 6 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TOMMIE TUCKER** | **CIVIL ACTION NO. 08-1295** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 16] of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections [Doc. No. 19] filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

MONROE, LOUISIANA, this 6 day of April, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE